# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MARSHALL SPIEGEL          )    **Case No. 21 CV 05087**
         Plaintiff/Appellant    )
   vs.                        )    Appeal from Bankruptcy Case 20-21625
                             )    In re Marshall Spiegel, Debtor
WINTRUST BANK           )
         Defendant/Appellee    )
_____ )

**To:** CM/ECF Parties & Attorneys of Record

## NOTICE OF FILING

     PLEASE TAKE NOTICE that on January 31, 2022, we electronically filed with the

CM/ECF system of the United States District Court for the Northern District of Illinois, located

at 219 S. Dearborn St., Chicago, Illinois, the attached: **PLAINTIFF-APPELLANT'S**

**RESPONSE TO ORDER**, a copy of which is hereby served upon you.


                     BY: /s/    John Xydakis_____
                         John Xydakis, Attorney
                         for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, does hereby certify under penalties of perjury as provided by

law, that he served a copy of this document upon all parties entitled to notice of the same by

filing it with the United States District Court for the Northern District of Illinois' CM/ECF

electronic filing system on January 31, 2022.

                     BY: /s/    John Xydakis_____ _____
                         John Xydakis, Attorney
                         for Plaintiff-Appellant