Marshall Spiegel
                       Plaintiff,

v.                                                    Case No.: 1:21−cv−05087
                                                     Honorable John Robert Blakey

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the record before it, the Court finds that Attorney John Zydakis may not represent Marshall Spiegel in this appeal, as such representation conflicts with Bankruptcy Code § 327 (made applicable to the debtor by § 1107 (a)) and Federal Rule of Bankruptcy Procedure 2014. Spiegel (through new counsel) and Wintrust shall file an updated status report by 4/1/22 proposing next steps to advance this matter. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.